**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Edward Gonzales AMADO, Jr.,
Defendant—Appellant.**

No. 05–50384.

United States Court of Appeals,
Ninth Circuit.

Submitted July 24, 2006.*

Filed July 26, 2006.

Karl A. Sandoval, Esq., USSD—Office of the U.S. Attorney, San Diego, CA, for Plaintiff-Appellee.

Zandra L. Lopez, FDSD—Federal Defenders of San Diego, Inc., San Diego, CA, for Defendant-Appellant.

Before: ALARCÓN, HAWKINS and THOMAS, Circuit Judges.

courts of this circuit except as provided by 9th Cir. R. 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

## MEMORANDUM **

Edward Gonzales Amado, Jr. appeals from the sentence imposed upon him following the revocation of supervised release. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

We reject Amado's contention that the supervised release statute violates the Constitution. *See United States v. Huerta–Pimental,* 445 F.3d 1220, 1225 (9th Cir. 2006).

**AFFIRMED.**

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

